IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. SIERRA-LOPEZ,

    Plaintiff,

    v.

Case No. 17-cv-646-bbc

BLAIR, CHATTMAN, PARENTO, PERSIKE, WHITE, WALKER, WEBER, DITTMANN, BAKER, ROYCE, CONROY, ANDERSON, MORGAN, SMALL, BOODRY, AND WESTOVER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |